UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROD L. HERNDON,<br><br>                    Plaintiff,<br><br>        v.<br><br>DEPARTMENT OF PUBLIC HEALTH, et al.,<br><br>                    Defendants. | No.  2:16-cv-0704 CKD P<br><br><br>ORDER |

     Plaintiff, a state prisoner proceeding pro se, has filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  (ECF No. 5.)  However, the certificate portion of the request, which must be completed by plaintiff's institution of incarceration, has not been filled out by a prison official.  Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

     In accordance with the above, IT IS HEREBY ORDERED that:

     1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court;

1

   2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

   3. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: May 5, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / hern0704.3c+.new