UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROD L. HERNDON,<br><br>            Plaintiff,<br><br>     v.<br><br>DEPARTMENT OF PUBLIC HEALTH, et al.,<br><br>            Defendants. | No. 2:16-cv-0704 CKD P<br><br><br>ORDER |

     Plaintiff, a state prisoner proceeding pro se, commenced this civil rights action on April 4, 2016. Plaintiff has had three opportunities to file a completed application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF Nos. 3, 6 & 8.) To date, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint or obtained the certification required on the application form. See 28 U.S.C. § 1915(a)(2). On June 1, 2016, plaintiff was advised that failure to submit a complete application within thirty days would result in dismissal of this action without prejudice. (ECF No. 8; see ECF No. 4.) That period has passed, and plaintiff has not responded to the court's order.

////

////

////

1

1 | Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

2 | <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

3 | Dated: July 11, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

10 | 2 / hern0704.fifp